UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASSIE SMITH,

    Plaintiff,

v.                                     Case No. 11-13812

WELTMAN, WEINBERG & REIS, CO., LPA,
et al.

    Defendants.
_____/

**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    On October 11, 2011, Plaintiff filed a notice of voluntary dismissal of all claims with prejudice. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly,

    IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE in accordance with Federal Rule of Civil Procedure 41(a)(1)(B).

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: October 14, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 14, 2011, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522